IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

M'Mah Sylla,                                                    C/A No. 3:14-cv-3681-JFA

              Plaintiff,

vs.                                                             **ORDER**

Mamoidou Conde, et al.

              Defendants.

        The defendants have filed an Answer to the Complaint in this case on behalf of themselves,

individually, and also on behalf of the corporate defendants, Nimbaya! The Women's Drum & Dance

Company of Guinea, World Music Productions, Inc., and Columbia Tire, Inc. a/k/a Columbia Tire,

LLC a/k/a Rolling Tires Auto Service Center.   (ECF No. 32).   Pursuant to well-established

jurisprudence, a corporation cannot be represented pro se.  *Asbaugh v. Corp. of Bolivar*, 481 Fed.

App'x 840, 841 (4th Cir. 2012) ("It has been the law for the better part of two centuries . . . that a

corporation may appear in federal courts only through licensed counsel.") (quoting *Rowland v. Cal.

Men's Colony*, 506 U.S. 194, 201-02 (1993)).   Therefore, the corporate defendants are hereby

ordered to secure counsel for their representation in this matter within twenty-one (21) days of this

order.  If the corporate defendants do not obtain counsel, the Court will hold the corporate defendants

in default, thereby deeming the allegations made in the complaint true for purposes of this litigation.


        IT IS SO ORDERED.


December 2, 2014                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                           United States District Judge


1