IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| M'mah Sylla, | C/A No.: 3:14-3681-JFA |
| Plaintiff, | |
| vs. | ORDER |
| Mamoudou Conde, et al, | |
| Defendants. | |

This matter is before the Court on the Plaintiff's motion to compel Defendant Mamoudou Conde's treatment records from Columbia Counseling and Columbia Mental Health. (ECF No. 80). The Plaintiff seeks signed authorizations permitting Plaintiff to obtain the records from these medical and mental health care providers. Despite Defendants' counsel informing Plaintiff on October 28, 2015 that Defendant Conde was willing to sign the authorizations to obtain the records, Defendants still have not provided the executed authorizations. The Court now grants the motion to compel and further orders the Defendant to produce these authorizations within seven days of the Court's order.

    IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

December 4, 2015  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge